# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>Muwafak S. Rizek<br><br>    Debtor. | **Chapter 7**<br><br>Case No. 23-06821<br><br>Hon. Judge David D. Cleary<br>Filed: May 24, 2023 |
| The Huntington National Bank, NA,<br><br>    Plaintiff,<br><br>v.<br><br>Muwafak S. Rizek,<br><br>    Defendant. | Adv. P. Case No. 23-BK-6821<br><br>Hon. Judge David D. Cleary |

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, my office caused to be served a copy of the *Summons in an Adversary Proceeding* and *Complaint to Determine Nondischargeability of Indebtedness Under 11 U.S.C. § 523* by First Class Mail, postage pre-paid, on the parties at the address listed below:

>Muwafak S Rizek
>7924 Keystone Rd
>Orland Park, IL 60462
>*Debtor and Defendant*
>
>David R Herzog
>Law Offices of David R Herzog
>53 W Jackson Blvd
>Ste 1442
>Chicago, IL 60604
>*Counsel for Debtor*

Dated: August 24, 2023                                    Respectfully submitted,

                                                          THE HUNTINGTON NATIONAL BANK

                                        By:   */s/Kimberly Ross Clayson*
                                              One of its Attorneys

Kimberly Ross Clayson (Michigan P69804)
kclayson@taftlaw.com
Taft Stettinius & Hollister LLP
27777 Franklin Road Suite 2500
Southfield, Michigan 48034
248-351-3000

William J. Serritella, Jr. (ARDC #6210001)
wserritella@taftlaw.com
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601

U.S. Bankruptcy Court
Northern District of Illinois

In re:

Bankruptcy Case No. **23–06821**
**MUWAFAK S RIZEK**

Debtor

Adversary Proceeding No. **23–00254**
**HUNTINGTON NATIONAL BANK**

Plaintiff

v.

**MUWAFAK S RIZEK**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** MUWAFAK S RIZEK

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney/Pro Se Plaintiff** |
|---|
| **Kimberly Ross Clayson** |
| **Taft Stettinius & Hollister LLP** |
| **27777 Franklin Rd. Suite 2500** |
| **Southfield, MI 48034** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Courtroom 644, 219 S. Dearborn St Chicago, IL 60604 or Using Zoom** | |
| **By video, use link: https://www.zoomgov.com/** | **Status Hearing Date and Time** |
| **By telephone, call 1−669−254−5252 or 1−646−828−7666.** | **10/04/2023 at 10:30AM** |
| **Enter meeting ID 161 122 6457 and passcode Cleary644.** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
**08 / 24 / 2023**



*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012